| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ANDRAS FARKAS, Bar #254302 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JASON A. TARDIFF |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:05-CR-00263 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) HEARING; ORDER |
| v. | ) |
| JASON A. TARDIFF, | ) Date: November 5, 2012 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for October 15, 2012, **may be continued to November 5, 2012, at 10:00 A.M. before The Honorable Anthony W. Ishii.**

This continuance is requested by counsel for the defendant. Mr. Tardiff recently enrolled in a residential drug program and the defendant would like to document his progress in the program prior to sentencing in this matter. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney David Gappa has no objection to this request.

///
///
///
///

As Mr. Tardiff has already admitted his violation of supervised release, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 11, 2012      /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 11, 2012      /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
JASON A. TARDIFF

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated: October 11, 2012

CHIEF UNITED STATES DISTRICT JUDGE